**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Federico DELEON, Defendant–Appellant.**

No. 06–20080

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Jan. 30, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

Federico DeLeon appeals the 120–month sentence he received for conspiracy to possess cocaine with the intent to distribute and for aiding and abetting the possession of cocaine with the intent to distribute under 21 U.S.C. §§ 841, 846 and 18 U.S.C. § 2. The district court was required to impose a minimum sentence of 120 months under § 841(b)(1)(A)(ii). DeLeon argues that the district erred in calculating a guidelines sentencing range of 87 to 108 months in prison. As counsel for DeLeon conceded in the district court, this issue is rendered moot by the applicable statutory minimum. *See United States v. Mankins,* 135 F.3d 946, 950 (5th Cir.1998). Accordingly, the appeal is DISMISSED AS FRIVOLOUS. 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.